IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

R& R PARTNERS, INC., *et al.*,

    Plaintiffs,   No. 2:07-mc-0071 GEB EFB

    vs.

DOROTHY TOVAR, *et al.*,   <u>ORDER</u>

    Defendants.

_____/

On August 25, 2007, plaintiff and judgment creditor, Las Vegas Convention and Visitors Authority ("LVCVA"), served notices of examination and subpoenas requesting documents on defendants and judgment debtors Dorothy Tovar and Adrenaline Sports, Inc. Examination of the judgment debtors was set, by order of this court, for September 19, 2007. On September 12, 2007, defendants filed a request to continue the examinations to October 10, 2007. Defendants' request for a continuance is denied. The examinations will proceed as scheduled on September 19, 2007. To the extent LVCVA wishes to reconvene the examinations upon additional production by defendants in response to the subpoenas, the court will entertain such a request. Fed. R. Civ. P. 69(a); Cal. Civ. Proc. Code § 708.110(c).

    SO ORDERED.

DATED:   September 14, 2007.

*[signature: Edmund F. Brennan]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE